IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-1084
 ((((((((((((((((

 Bison Building Materials, Ltd., Petitioner

 v.

 Lloyd K. Aldridge, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the suggestion of bankruptcy of Bison Building
Materials, Ltd., filed with this Court on May 27, 2011, this case is ABATED
effective as of June 28, 2009.

 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court if the
bankruptcy stay is lifted. Furthermore, the parties shall, not later than
August 15, 2011, provide a report to this Court regarding the continuing
status of this action as it relates to Bison Building Materials, Ltd.'s
bankruptcy.

Done at the City of Austin, this 24th day of June, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk